FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0603

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0603

DONALD W. PULST,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

**ORDER**

Upon consideration of Respondents' motion for a 60-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Respondent is granted an extension of time to and including March 11, 2024, within which to prepare, serve, and file the Respondent's response brief.

DATED this ___ day of _____, 2024.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024